No. A–844. PARHAM, COMMISSIONER, DEPARTMENT OF HUMAN RESOURCES OF GEORGIA, ET AL. v. J. L. ET AL. Application for stay of order and judgment of the United States District Court for the Middle District of Georgia, dated February 26, 1976, and March 11, 1976, respectively, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending timely filing of appeal and final disposition thereon by this Court. MR. JUSTICE STEVENS would deny the application.

No. 74–799. UNITED STATES v. FOSTER LUMBER CO., INC. C. A. 8th Cir. [Restored to calendar, 424 U. S. 903.] Motion of Data Products Corp. for additional time to participate in oral argument as *amicus curiae*, or in the alternative for the Court to grant certiorari in No. 74–996 [*United States* v. *Data Products Corp.*] and set case for oral argument denied.

No. 74–1520. ELROD, SHERIFF, ET AL. v. BURNS ET AL. C. A. 7th Cir. [Certiorari granted, 423 U. S. 821.] Motion of Independent Voters of Illinois et al. for additional time to participate in oral argument as *amici curiae* denied.

No. 75–76. SOUTH DAKOTA v. OPPERMAN. Sup. Ct. S. D. [Certiorari granted, 423 U. S. 923.] Motion of Illinois Public Defender Assn. for leave to file a brief as *amicus curiae* denied.